■ MICHAEL P. SPEACH, Plaintiff, v RICHARD A. BOUCHARD et al., Defendants and Third-Party Plaintiffs-Appellants. TOWN OF SCHROEPPEL et al., Third-Party Defendants-Respondents. [731 NYS2d 426] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted the motion of third-party defendants, Town of Schroeppel (Town) and Neil Candee, the Town's employee, seeking summary judgment dismissing the third-party complaint for contribution (*see, Guereschi v Bouchard,* 286 AD2d 997 [decided herewith]). The contention of third-party plaintiffs that the Town and Candee are liable pursuant to General Municipal Law §§ 50-a and 50-b for the negligence of Candee is raised for the first time on appeal and therefore is not properly before us (*see, Ciesinski v*

*Town of Aurora,* 202 AD2d 984, 985). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Summary Judgment.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.